UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACEY L. WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01949-SEB-MG |
| | ) |
| KILOLO KIJAKAZI Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

The court having adopted the Magistrate Judge's Report and Recommendation on Plaintiff's Complaint for Judicial Review, JUDGMENT is HEREBY ENTERED in favor of Plaintiff Stacey L. Wallace, REVERSING the Commissioner's decision and REMANDING this matter to the Social Security Administration for further proceedings as authorized by sentence four of 42 U.S.C. § 405(g).

Date: 9/14/2021

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Catherine Seagle
SOCIAL SECURITY ADMINISTRATION
catherine.seagle@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Kirsten Elaine Wold
HANKEY LAW OFFICE
kew@hankeylaw.com